# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Donnette Thomas<br><br>Debtor(s). | C/A No. 22-02732-hb<br>Chapter 7<br><br>**ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

This matter is before the Court on motion (dkt. #45) of Auto Money North Inc. ("Movant") seeking relief from the automatic stay. The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b). Based upon the certification of Movant the motion is granted and it is

ORDERED that the automatic stay is lifted as to: Jaguar, F Type P-300, 2020 (the "collateral"). Movant may send any required notice to Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**03/07/2023**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 03/07/2023